**Electronically Filed
Intermediate Court of Appeals
30082
28-JUN-2012
10:40 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

---oOo---


RICK RALSTON, Plaintiff-Appellant,
v.
ERROL Y. W. YIM, D.D.S., Defendant-Appellee.
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, Defendants.

NO. 30082


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 08-1-0934)


ORDER OF AMENDMENT
(By: Nakamura, C.J., Fujise and Ginoza, JJ.)

IT IS HEREBY ORDERED that the Opinion of the Court filed May 31, 2012, is amended as follows:

In footnote 2 on page 4, at the end of the footnote, the following sentence is added: "From our *sua sponte* review, we determine that there is jurisdiction. *See Williams v. Aona*, 121 Hawai'i 1, 8, 210 P.3d 501, 508 (2009)." so that footnote 2 reads:

[2] Dr. Yim asserted that the circuit court did not have jurisdiction because Ralston's claim was not submitted for review to the Medical Claims Conciliation Panel (MCCP) under Hawaii Revised Statutes (HRS) § 671-1 (1993 Repl.) and § 671-12 (1993 Repl.). The circuit court denied Dr. Yim's motion in this regard

and this ruling has not been appealed. From our *sua sponte* review, we determine that there is jurisdiction. *See Williams v. Aona*, 121 Hawai'i 1, 8, 210 P.3d 501, 508 (2009).

The Clerk of the Court is directed to take all necessary steps to notify the publishing agency of the amendments.

An Amended Opinion of the Court will be filed contemporaneously with this order.

DATED: Honolulu, Hawaii, June 28, 2012.

Chief Judge

Associate Judge

Associate Judge